FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY 31 P 1: 04

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

MICHAEL SHELLMAN,

    Plaintiff,

vs.

    CIVIL ACTION NO.: CV504-110

FEYS II, INC., a Georgia for
profit domestic corporation,

    Defendant.

## ORDER

Plaintiff has filed a Motion to Compel (Doc. 19.) asserting that various responses of Defendant to interrogatories and requests for production of documents are inadequate and unresponsive. Defendant has filed a response to Plaintiff's Motion to Compel. Upon review, Plaintiff's motion is **DENIED**. Local Rule 26.5 provides that Motions to Compel Discovery shall quote verbatim each interrogatory and request for production of documents and any objection thereto. Plaintiff has not complied with this requirement; therefore, the court has insufficient information to assess the validity of Plaintiff's motion. Plaintiff's request for a hearing is also **denied**.

**SO ORDERED**, this 31st day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)